UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

MICHAEL STEINBERG,

    Plaintiff,                                    DEMAND FOR JURY TRIAL

-vs-                                          Case No. 25-11299
                                                Hon. Linda V. Parker

FREEDOM MORTGAGE CORPORATION,

    Defendant.

## **NOTICE OF VOLUNTARY DISMISSAL  WITH PREJUDICE**

The Plaintiff dismisses all claims with prejudice and without costs or attorneys fees.

                                                Respectfully Submitted,

                                                ADAM G. TAUB & ASSOCIATES
                                                CONSUMER LAW GROUP, PLC

                     By:    <u>s/ Adam G. Taub</u>
                                Adam G. Taub (P48703)
                                Attorney for Michael Steinberg
                                17200 West 10 Mile Rd, Ste 200
                                Southfield, MI 48075
                                (248) 746-3790
                                adamgtaub@clgplc.net

Dated: July 31, 2025