**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL STEINBERG,

    Plaintiff(s),

V.                                    CASE NO. 25-11299
                                        HON. LINDA V. PARKER

FREEDOM MORTGAGE CORPORATION,

    Defendant(s).
_____/

**ORDER OF DISMISSAL**

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 9] on July 31, 2025; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated: July 31, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2025, by electronic and/or ordinary mail.

                                        s/A. Flanigan
                                        Case Manager